UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

WENDELL WITHERSPOON and ]
JACOB GOETHE ]
    Plaintiffs, ]
]
v. ]   No. 1:12-0062
]   JUDGE HAYNES
SHERIFF ENOCH GEORGE, et al. ]
    Defendants. ]

## O R D E R

Plaintiffs Wendell Witherspoon and Jacob Goethe are inmates at the Maury County Jail in Columbia, Tennessee. They have submitted a *pro se* complaint (Docket Entry No. 1) under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* (Docket Entry No. 2).

A prisoner seeking pauper status must include "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" along with his application to proceed in forma pauperis. 28 U.S.C. § 1915(a)(2). Unfortunately, the Plaintiffs have neglected to provide such statements.

Accordingly, the Plaintiffs are hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to either pay the full filing fee or submit the aforementioned certified statements from the custodian of their inmate trust accounts.

The Plaintiffs are forewarned that, should they fail to timely comply with the instructions of the Court, their application to proceed *in forma pauperis* will be denied, the filing fee of three hundred fifty dollars ($350) will be assessed against them and collected from their inmate trust

accounts, and this action will be dismissed for failure to comply with the instructions of the Court and for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 605 (6th Cir.1997); Rule 41(b), Fed. R. Civ. P.

It is so **ORDERED**.

**ENTERED** this the 28th day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge